John D. Haggerty
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4411
jhaggerty@gibbonslaw.com

Jodi Avergun, Esq. (*pro hac vice* to be filed)
Rachel Rodman, Esq. (*pro hac vice* to be filed)
**CADWALADER, WICKERSHAM & TAFT LLP**
700 Sixth Street, N.W.
Washington, D.C. 20001
(202) 862-2200
jodi.avergun@cwt.com
rachel.rodman@cwt.com

*Attorneys for Defendant*
*Alexander Mashinsky*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAYLOR GOINES, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>        v.<br><br>CELSIUS NETWORK, LLC, *et al.*,<br><br>              Defendants. | Civil Action No. 22-4560 (KM) (ESK)<br><br>*Document electronically filed*<br><br>**NOTICE OF APPEARANCE OF JOHN D. HAGGERTY, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Alexander Mashinsky in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and email address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

2

Dated:  August 15, 2022        By: <u>s/ John D. Haggerty</u>
                                                                  John D. Haggerty, Esq.
                                                                  **GIBBONS P.C.**
                                                                  One Gateway Center
                                                                  Newark, New Jersey 07102-5310
                                                                  Telephone:  (973) 596-4411
                                                                  Facsimile:  (973) 596-6464
                                                                  jhaggerty@gibbonslaw.com