# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAYLOR GOINES, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>                  v.<br><br>CELSIUS NETWORK, LLC, *et al*.<br><br>                   Defendants. | Civil Action No. 22-4560 (KM) (ESK)<br><br>*Document Electronically Filed*<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

**THIS MATTER** having come before the Court on the application of Defendants Alexander Mashinsky, David Barse, and Alan Carr, by and through their counsel, and Plaintiff Taylor Goines, by and through his counsel, for entry of a Consent Order extending the time within which Defendants Mashinsky, Barse, and Carr may answer, move or otherwise respond to Plaintiff's Complaint; and for good cause shown;

**IT IS** on this **15th** day of **August**, 2022,

**ORDERED** that the time for Defendants Mashinsky, Barse, and Carr to answer, move or otherwise respond to the Complaint is hereby extended to and including 30 days from the date on which the Court appoints the lead plaintiff in this action.

                                                             */s/ Edward S. Kiel*
                                                             Hon. Edward S. Kiel, U.S.M.J

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| s/ John D. Radice<br>John D. Radice, Esq.<br>**RADICE LAW FIRM, PC**<br>475 Wall Street<br>Princeton, NJ 08540<br>(646) 245-8502<br>jradice@radicelawfirm.com | s/ John D. Haggerty<br>John D. Haggerty, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4500<br>jhaggerty@gibbonslaw.com |
| Johnathan M. Zimmerman, Esq.<br>Sean T. Masson, Esq. (*pro hac vice* forthcoming)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>jzimmerman@scott-scott.com<br>smasson@scott-scott.com | Jodi Avergun, Esq. (*pro hac vice* forthcoming)<br>Rachel Rodman, Esq. (*pro hac vice* forthcoming)<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>700 6th Street N.W.<br>Washington, D.C. 20001<br>(202) 862-2200<br>jodi.avergun@cwt.com<br>rachel.rodman@cwt.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Alexander Mashinsky* |
| | s/ Judson Brown<br>Judson Brown, Esq.<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 389-5000<br>judson.brown@kirkland.com |
| | *Attorneys for Defendants David Barse and Alan Carr* |