**RADICE LAW FIRM, PC**
John Radice (Bar No. 023612004)
475 Wall Street
Princeton, NJ 08540
Telephone: 646-245-8502
Facsimile:  609-385-0745
jradice@radicelawfirm.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Johnathan M. Zimmerman (Bar No. 204322016)
Sean T. Masson (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
jzimmerman@scott-scott.com
smasson@scott-scott.com

Attorneys for Plaintiff

[Additional Counsel Appear on Signature Page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAYLOR GOINES, Individually and on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK, LLC, CELSIUS LENDING, LLC, CELSIUS KEYFI LLC, ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, DAVID BARSE, and ALAN JEFFREY CARR,<br><br>Defendants. | Case No. 2:22-cv-04560<br><br>**[PROPOSED] ORDER ALLOWING SEAN T. MASSON TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |

**THIS MATTER** having been opened to the Court by John Radice, Esq., of the Radice Law Firm, PC, attorneys for Taylor Goines ("Plaintiff"), for an Order permitting Sean T. Masson, Esq. of the law firm of Scott+Scott Attorneys at Law LLP, located at 230 Park Avenue, 17th Floor, New York, NY 10169, to appear and participate *pro hac vice* in the within matter, and the Court having considered Plaintiff's motion, and for good cause shown,

**IT IS** on this _____ day of _____, 2022, hereby **ORDERED**:

1.  Sean T. Masson, Esq., who is a member in good standing of the Bar of the State of New York, is hereby granted admission *pro hac vice* in this matter to speak for and participate on behalf of Plaintiff in the same manner as an attorney of this District; provided, however, that all pleadings, briefs, and other papers filed with this Court shall be signed by John Radice or another attorney of record authorized to practice in this District, who shall be held responsible for such papers and for the conduct of the case, as well as for the conduct of the above attorney admitted *pro hac vice* pursuant to this Order;

2.  Sean T. Masson, Esq. shall be bound by the Local Civil Rules of the District of New Jersey, including all disciplinary rules and the provisions with respect to judicial and attorney ethics and professional responsibility;

3.  Sean T. Masson, Esq. shall pay $150 to the Clerk of the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c)(3);

4.  Sean T. Masson, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, as required by New Jersey Court Rule 1:28-2(a);

5.  Sean T. Masson, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Contingency Fee Rule, New Jersey Court Rule 1:21-7, as amended; and

6. Sean T. Masson, Esq. shall notify the Court immediately of any matter affecting his standing at the bar of any other court.

_____
Honorable Kevin McNulty