**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAYLOR GOINES, Individually and on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK, LLC, CELSIUS LENDING, LLC, CELSIUS KEYFI LLC, ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, DAVID BARSE, and ALAN JEFFREY CARR,<br><br>Defendants. | Case No. 2:22-cv-04560<br><br>**CERTIFICATION OF JOHN T. JASNOCH IN SUPPORT OF APPLICATION TO ALLOW JOHN T. JASNOCH TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |

John T. Jasnoch, of full age, certifies as follows:

1. I am an attorney with Scott+Scott Attorneys at Law LLP, located at 600 W. Broadway, Suite 3300, San Diego, CA 92101.

2. I am a member in good standing of the State Bar of California, admitted in 2011. My certificate of good standing is attached hereto as Exhibit A. The name and address of the official maintaining the roll of members of the state bar is Alex Calderon, Custodian of Records, State Bar of California, Office of Attorney Regulation & Consumer Resources, 180 Howard Street, San Francisco, CA 94105.

3. I am also a member in good standing of the bar of the Northern District of California, admitted in 2012. The official maintaining the roll of members of the bar is the Attorney Admissions Deputy Clerk, United States District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102-3489.

4. I am also a member in good standing of the bar of the Central District of California, admitted in 2012. The official maintaining the roll of members of the bar is Kiry K. Gray, Clerk of Court, 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012-4565.

5. I am also a member in good standing of the bar of the Southern District of California, admitted in 2012. The official maintaining the roll of members of the bar is John Morrill, Clerk of the Court, United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 92101.

6. I am also a member in good standing of the bar of the District of Colorado, admitted in 2013. The official maintaining the roll of members of the bar is Jeffrey P. Colwell, Esq., Clerk of Court, Alfred A. Arraj United States Courthouse, 901 19th Street, Room A105, Denver, CO 80294-3589.

7. I am also a member in good standing of the bar of the U.S. Court of Appeals for the 9th Circuit, admitted in 2014. The official maintaining the roll of members of the bar is Molly Dwyer, Clerk of Court, Office of the Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939.

8. I am not under suspension or disbarment in any court.

9. I have never had discipline imposed on me in any jurisdiction, and no disciplinary proceedings are pending against me in any jurisdiction.

10. I am not admitted to practice in the state of New Jersey.

11. I submit this certification in support of the application by plaintiff Taylor Goines ("Plaintiff") to permit me to appear and participate, *pro hac vice*, as counsel for Plaintiff in pretrial proceedings and at the trial of this action.

12. I am familiar with this matter. Plaintiff has requested that I appear and participate in his representation in pretrial proceedings and at the trial of this action.

13. I am associated in this matter with John Radice, a partner with the Radice Law Firm, PC, who is an attorney of record for Plaintiff, is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this Court.

14. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by R 1:28-2(a) for any year in which I continue to appear in this matter.

15. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the Clerk of the United States District Court for the District of New Jersey in the amount of $150.00 pursuant to Local Civil Rule 101.1(c)(3).

16. I acknowledge my obligations under Local Civil Rule 101.1(c) of this District.

2

17. I am fully conversant with the Local Civil Rules of the District of New Jersey, and I will abide by those Rules.

18. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court, and agree to notify the Court immediately of any matter affecting my standing at the bars of any other courts.

19. Counsel for the only appearing Defendant (Alexander Mashinsky), John Haggerty of Gibbons PC, has consented to my *pro hac vice* admission.

For the foregoing reasons, it is respectfully requested that this Court grant Plaintiff's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

By: _____
John T. Jasnoch

Dated: August 25, 2022

3