**RADICE LAW FIRM**
John Radice (Bar No. 023612004)
475 Wall Street
Princeton, NJ 08540
Telephone: 646-245-8502
Facsimile:  609-385-0745
jradice@radicelawfirm.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-236-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAYLOR GOINES, Individually and on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK, LLC, CELSIUS LENDING, LLC, CELSIUS KEYFI LLC, ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, DAVID BARSE, and ALAN JEFFREY CARR,<br><br>Defendants. | Case No. 2:22-cv-04560 |

**[PROPOSED] ORDER**

Having considered the Motion of Movants Zack Kaplan, Eli Kaplan, Ben Kaplan, Michael Kaplan, and Michael Mazzotta (the "Celsius Investor Movants") for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and the Court having considered the submissions in support of the Motion, and good cause appearing, the Court hereby Orders as follows:

1. The Celsius Investor Movants are hereby appointed Lead Plaintiffs for the Class pursuant to the Private Securities Litigation Reform Act of 1995.

2. Lead Plaintiffs' Selection of Scott+Scott Attorneys at Law LLP as Lead Counsel and Radice Law Firm as Liaison Counsel is hereby approved; and

3. Scott+Scott Attorneys at Law LLP and Radice Law Firm are appointed as Lead and Liaison Counsel, respectively, over the non-securities claims asserted in the Complaint.

**IT IS SO ORDERED.**

Dated:_____                              _____
                                                  HON. KEVIN MCNULTY, U.S.D.J.