

475 Wall St., Princeton, NJ 08540   |   Tel: (646) 245-8502   |   Fax: (609) 380-0745   |   jradice@radicelawfirm.com

September 20, 2022

United States District Court for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse and Federal Building
402 East State Street, Room 2020
Trenton, NJ 08606
Attn: Finance Department

      RE:    *Goines v. Celsius Network LLC, et al.*, 2:22-cv-04560-KM-ESK

### Request for Refund

Dear Finance Department:

Yesterday, September 19, 2022, I was filing ECF No. 20 in the above-captioned action, the Notice of Request by Pro Hac Vice Sean T. Masson to receive Notices of Electronic Filings, which required a payment of a $150 fee by credit card. After I had made payment, but before making the final submission, I double-checked the filing that I was about to make and found a mistake in the filing. I corrected it and created a new .pdf, but when I tried to go back several steps to replace the filing with the corrected one, it required me to make the $150 payment again.

The incorrect payment was made at 5:01 PM, Sept. 19, 2022: ANJDC-13699334.

The correct payment was made at 5:13 PM, Sept. 19, 2022: ANJDC-13699383, and is reflected on the docket entry:

| 09/19/2022 | 20 | Notice of Request by Pro Hac Vice Sean T. Masson to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC-13699383.) (RADICE, JOHN) (Entered: 09/19/2022) |
|---|---|---|

I attach .pdfs showing the correct payment (Exhibit A) and the incorrect payment (Exhibit B).

Please refund the $150 from the incorrect payment, ANJDC-13699334.

Thank you,

   */s/ Daniel Rubenstein*

_____
Daniel Rubenstein
drubenstein@radicelawfirm.com
(347) 733-4582