UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GOINES | : | |
| | : | Civil Action No. 2:22-cv-04560-KM-ESK |
| Plaintiff(s) | : | |
| | : | |
| v. | : | **CLERK'S ORDER** |
| | : | |
| CELSIUS NETWORK LLC, et al | : | |
| | : | |
| Defendant(s) | : | |

This matter having come before the Court upon the filing of  Pro Hac Vice Request for NEF, filed on September 19, 2022 on behalf of John D. Radice, counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐　a.　An overpayment has been made by the filer; **OR**

☒　b.　A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☐　c.　A duplicate, identical  Pro Hac Vice Request for NEF was filed more than once by the same attorney or the same law firm; **OR**

☐　d.　This filing does not require a filing fee; and for good cause shown;

IT IS on this 20th day of September 2022,

　　　**ORDERED THAT**, the sum of $150.00 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: *Theresa L. Burnett, Esq*
Theresa L. Burnett
Chief Deputy Clerk