# EXHIBIT 1

| Date | Client | Token Name | Transaction Type | Token Amount | Appx. Value |
|---|---|---|---|---|---|
| 11/8/2021 | Michael Kaplan | ETH | Deposit | 1 | $4,766.22 |
| 11/8/2021 | Michael Kaplan | ETH | Deposit | 17.8953 | $85,497.98 |
| 11/8/2021 | Michael Kaplan | AAVE | Deposit | 5.76964 | $1,892.23 |
| 11/8/2021 | Michael Kaplan | BTC | Deposit | 0.93783 | $61,834.55 |
| 11/8/2021 | Michael Kaplan | LINK | Deposit | 109.416 | $3,742.03 |
| 11/9/2021 | Michael Kaplan | ETH | Deposit | 0.01183 | $56.26 |
| 11/9/2021 | Michael Kaplan | BTC | Deposit | 0.0535 | $3,611.57 |
| 11/12/2021 | Michael Kaplan | LINK | Reward | 0.03104 | $1.08 |
| 11/12/2021 | Michael Kaplan | ETH | Reward | 0.00949 | $45.38 |
| 11/12/2021 | Michael Kaplan | BTC | Reward | 0.00056 | $36.59 |
| 11/12/2021 | Michael Kaplan | AAVE | Reward | 0.00263 | $0.82 |
| 11/19/2021 | Michael Kaplan | AAVE | Reward | 0.00527 | $1.39 |
| 11/19/2021 | Michael Kaplan | LINK | Reward | 0.0623 | $1.68 |
| 11/19/2021 | Michael Kaplan | BTC | Reward | 0.00115 | $64.62 |
| 11/19/2021 | Michael Kaplan | ETH | Reward | 0.01895 | $76.93 |
| 11/26/2021 | Michael Kaplan | ETH | Reward | 0.01897 | $83.84 |
| 11/26/2021 | Michael Kaplan | AAVE | Reward | 0.00528 | $1.36 |
| 11/26/2021 | Michael Kaplan | LINK | Reward | 0.06234 | $1.63 |
| 11/26/2021 | Michael Kaplan | BTC | Reward | 0.00072 | $41.69 |
| 12/3/2021 | Michael Kaplan | BTC | Reward | 0.00072 | $40.76 |
| 12/3/2021 | Michael Kaplan | AAVE | Reward | 0.00528 | $1.28 |
| 12/3/2021 | Michael Kaplan | LINK | Reward | 0.06237 | $1.54 |
| 12/3/2021 | Michael Kaplan | ETH | Reward | 0.01899 | $86.19 |
| 12/10/2021 | Michael Kaplan | BTC | Reward | 0.00072 | $34.82 |
| 12/10/2021 | Michael Kaplan | ETH | Reward | 0.01901 | $78.76 |
| 12/10/2021 | Michael Kaplan | AAVE | Reward | 0.00529 | $0.94 |
| 12/10/2021 | Michael Kaplan | LINK | Reward | 0.06241 | $1.25 |
| 12/15/2021 | Michael Kaplan | BTC | Deposit | 0.52178 | $25,233.93 |
| 12/17/2021 | Michael Kaplan | LINK | Reward | 0.06244 | $1.20 |
| 12/17/2021 | Michael Kaplan | ETH | Reward | 0.01903 | $75.81 |
| 12/17/2021 | Michael Kaplan | AAVE | Reward | 0.00529 | $0.93 |
| 12/17/2021 | Michael Kaplan | BTC | Reward | 0.00078 | $37.44 |
| 12/24/2021 | Michael Kaplan | BTC | Reward | 0.00102 | $52.39 |
| 12/24/2021 | Michael Kaplan | LINK | Reward | 0.06248 | $1.39 |
| 12/24/2021 | Michael Kaplan | AAVE | Reward | 0.0053 | $1.31 |
| 12/24/2021 | Michael Kaplan | ETH | Reward | 0.01905 | $78.26 |
| 12/31/2021 | Michael Kaplan | LINK | Reward | 0.06251 | $1.26 |
| 12/31/2021 | Michael Kaplan | AAVE | Reward | 0.0053 | $1.39 |
| 12/31/2021 | Michael Kaplan | ETH | Reward | 0.01907 | $71.63 |
| 12/31/2021 | Michael Kaplan | BTC | Reward | 0.00102 | $48.56 |
| 1/7/2022 | Michael Kaplan | AAVE | Reward | 0.00531 | $1.10 |
| 1/7/2022 | Michael Kaplan | LINK | Reward | 0.06255 | $1.47 |
| 1/7/2022 | Michael Kaplan | BTC | Reward | 0.00102 | $42.57 |
| 1/7/2022 | Michael Kaplan | ETH | Reward | 0.01909 | $61.10 |
| 1/14/2022 | Michael Kaplan | AAVE | Reward | 0.00531 | $1.14 |
| 1/14/2022 | Michael Kaplan | LINK | Reward | 0.06259 | $1.56 |

| Date | Name | Asset | Type | Amount | Value |
|---|---|---|---|---|---|
| 1/14/2022 | Michael Kaplan | ETH | Reward | 0.01911 | $62.60 |
| 1/14/2022 | Michael Kaplan | BTC | Reward | 0.00103 | $43.82 |
| 1/21/2022 | Michael Kaplan | AAVE | Reward | 0.00532 | $1.01 |
| 1/21/2022 | Michael Kaplan | LINK | Reward | 0.06262 | $1.22 |
| 1/21/2022 | Michael Kaplan | BTC | Reward | 0.00103 | $39.97 |
| 1/21/2022 | Michael Kaplan | ETH | Reward | 0.01912 | $54.96 |
| 1/28/2022 | Michael Kaplan | AAVE | Reward | 0.00532 | $0.77 |
| 1/28/2022 | Michael Kaplan | LINK | Reward | 0.06266 | $0.96 |
| 1/28/2022 | Michael Kaplan | BTC | Reward | 0.00103 | $38.17 |
| 1/28/2022 | Michael Kaplan | ETH | Reward | 0.01914 | $46.67 |
| 2/1/2022 | Michael Kaplan | BTC | Deposit | 5.42152 | $209,223.40 |
| 2/4/2022 | Michael Kaplan | AAVE | Reward | 0.00533 | $0.81 |
| 2/4/2022 | Michael Kaplan | BTC | Reward | 0.00217 | $81.32 |
| 2/4/2022 | Michael Kaplan | LINK | Reward | 0.06269 | $1.01 |
| 2/4/2022 | Michael Kaplan | ETH | Reward | 0.01916 | $51.56 |
| 2/11/2022 | Michael Kaplan | ETH | Reward | 0.01918 | $58.87 |
| 2/11/2022 | Michael Kaplan | BTC | Reward | 0.00417 | $179.65 |
| 2/11/2022 | Michael Kaplan | LINK | Reward | 0.06273 | $1.09 |
| 2/11/2022 | Michael Kaplan | AAVE | Reward | 0.00533 | $0.94 |
| 2/18/2022 | Michael Kaplan | BTC | Reward | 0.00417 | $169.55 |
| 2/18/2022 | Michael Kaplan | ETH | Reward | 0.0192 | $55.53 |
| 2/18/2022 | Michael Kaplan | AAVE | Reward | 0.00534 | $0.82 |
| 2/18/2022 | Michael Kaplan | LINK | Reward | 0.06276 | $0.99 |
| 2/25/2022 | Michael Kaplan | LINK | Reward | 0.0628 | $0.84 |
| 2/25/2022 | Michael Kaplan | AAVE | Reward | 0.00534 | $0.67 |
| 2/25/2022 | Michael Kaplan | BTC | Reward | 0.00417 | $161.90 |
| 2/25/2022 | Michael Kaplan | ETH | Reward | 0.01922 | $50.47 |
| 3/4/2022 | Michael Kaplan | BTC | Reward | 0.00417 | $172.76 |
| 3/4/2022 | Michael Kaplan | AAVE | Reward | 0.00535 | $0.69 |
| 3/4/2022 | Michael Kaplan | ETH | Reward | 0.01924 | $52.52 |
| 3/4/2022 | Michael Kaplan | LINK | Reward | 0.06283 | $0.90 |
| 3/11/2022 | Michael Kaplan | ETH | Reward | 0.01926 | $48.93 |
| 3/11/2022 | Michael Kaplan | LINK | Reward | 0.06287 | $0.81 |
| 3/11/2022 | Michael Kaplan | AAVE | Reward | 0.00535 | $0.62 |
| 3/11/2022 | Michael Kaplan | BTC | Reward | 0.00265 | $102.04 |
| 3/18/2022 | Michael Kaplan | LINK | Reward | 0.06291 | $0.90 |
| 3/18/2022 | Michael Kaplan | AAVE | Reward | 0.00536 | $0.81 |
| 3/18/2022 | Michael Kaplan | BTC | Reward | 0.00265 | $107.66 |
| 3/18/2022 | Michael Kaplan | ETH | Reward | 0.01928 | $53.64 |
| 3/25/2022 | Michael Kaplan | LINK | Reward | 0.06294 | $1.01 |
| 3/25/2022 | Michael Kaplan | BTC | Reward | 0.00265 | $116.57 |
| 3/25/2022 | Michael Kaplan | ETH | Reward | 0.0193 | $60.54 |
| 3/25/2022 | Michael Kaplan | AAVE | Reward | 0.00536 | $0.90 |
| 4/1/2022 | Michael Kaplan | BTC | Reward | 0.00265 | $118.54 |
| 4/1/2022 | Michael Kaplan | LINK | Reward | 0.06298 | $1.04 |
| 4/1/2022 | Michael Kaplan | AAVE | Reward | 0.00537 | $1.18 |
| 4/1/2022 | Michael Kaplan | ETH | Reward | 0.01932 | $62.84 |

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2022 | Michael Kaplan | ETH | Reward | 0.01934 | $63.16 |
| 4/8/2022 | Michael Kaplan | LINK | Reward | 0.03704 | $0.59 |
| 4/8/2022 | Michael Kaplan | BTC | Reward | 0.00265 | $115.83 |
| 4/8/2022 | Michael Kaplan | AAVE | Reward | 0.00537 | $1.07 |
| 4/15/2022 | Michael Kaplan | BTC | Reward | 0.00265 | $106.47 |
| 4/15/2022 | Michael Kaplan | LINK | Reward | 0.03705 | $0.52 |
| 4/15/2022 | Michael Kaplan | AAVE | Reward | 0.00537 | $0.94 |
| 4/15/2022 | Michael Kaplan | ETH | Reward | 0.01936 | $58.77 |
| 4/22/2022 | Michael Kaplan | AAVE | Reward | 0.00538 | $0.96 |
| 4/22/2022 | Michael Kaplan | LINK | Reward | 0.03707 | $0.51 |
| 4/22/2022 | Michael Kaplan | ETH | Reward | 0.01938 | $58.33 |
| 4/22/2022 | Michael Kaplan | BTC | Reward | 0.00265 | $107.71 |
| 4/29/2022 | Michael Kaplan | BTC | Reward | 0.00264 | $104.57 |
| 4/29/2022 | Michael Kaplan | AAVE | Reward | 0.00538 | $0.89 |
| 4/29/2022 | Michael Kaplan | ETH | Reward | 0.01939 | $56.75 |
| 4/29/2022 | Michael Kaplan | LINK | Reward | 0.03708 | $0.47 |
| 5/6/2022 | Michael Kaplan | AAVE | Reward | 0.00539 | $0.76 |
| 5/6/2022 | Michael Kaplan | LINK | Reward | 0.03709 | $0.41 |
| 5/6/2022 | Michael Kaplan | ETH | Reward | 0.01534 | $42.08 |
| 5/6/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $82.47 |
| 5/13/2022 | Michael Kaplan | ETH | Reward | 0.01535 | $32.02 |
| 5/13/2022 | Michael Kaplan | LINK | Reward | 0.0371 | $0.27 |
| 5/13/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $69.06 |
| 5/13/2022 | Michael Kaplan | AAVE | Reward | 0.00539 | $0.46 |
| 5/20/2022 | Michael Kaplan | AAVE | Reward | 0.0054 | $0.50 |
| 5/20/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $68.15 |
| 5/20/2022 | Michael Kaplan | ETH | Reward | 0.01536 | $31.02 |
| 5/20/2022 | Michael Kaplan | LINK | Reward | 0.03712 | $0.26 |
| 5/27/2022 | Michael Kaplan | AAVE | Reward | 0.0054 | $0.51 |
| 5/27/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $65.66 |
| 5/27/2022 | Michael Kaplan | LINK | Reward | 0.03713 | $0.24 |
| 5/27/2022 | Michael Kaplan | ETH | Reward | 0.01538 | $26.99 |
| 6/3/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $69.09 |
| 6/3/2022 | Michael Kaplan | ETH | Reward | 0.01539 | $28.01 |
| 6/3/2022 | Michael Kaplan | AAVE | Reward | 0.00541 | $0.60 |
| 6/3/2022 | Michael Kaplan | LINK | Reward | 0.03714 | $0.26 |
| 6/10/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $68.22 |
| 6/10/2022 | Michael Kaplan | AAVE | Reward | 0.00541 | $0.52 |
| 6/10/2022 | Michael Kaplan | LINK | Reward | 0.03715 | $0.35 |
| 6/10/2022 | Michael Kaplan | ETH | Reward | 0.0154 | $27.61 |
| 6/17/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $46.67 |
| 6/17/2022 | Michael Kaplan | LINK | Reward | 0.03717 | $0.24 |
| 6/17/2022 | Michael Kaplan | ETH | Reward | 0.01541 | $16.81 |
| 6/17/2022 | Michael Kaplan | AAVE | Reward | 0.00428 | $0.25 |
| 6/24/2022 | Michael Kaplan | LINK | Reward | 0.03718 | $0.26 |
| 6/24/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $47.75 |
| 6/24/2022 | Michael Kaplan | ETH | Reward | 0.01542 | $17.72 |

| | | | | | |
|---|---|---|---|---|---|
| 6/24/2022 | Michael Kaplan | AAVE | Reward | 0.00428 | $0.28 |
| 7/1/2022 | Michael Kaplan | ETH | Reward | 0.01543 | $16.21 |
| 7/1/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $44.11 |
| 7/1/2022 | Michael Kaplan | LINK | Reward | 0.03719 | $0.23 |
| 7/1/2022 | Michael Kaplan | AAVE | Reward | 0.00428 | $0.24 |
| 7/8/2022 | Michael Kaplan | LINK | Reward | 0.0372 | $0.25 |
| 7/8/2022 | Michael Kaplan | ETH | Reward | 0.01545 | $19.38 |
| 7/8/2022 | Michael Kaplan | AAVE | Reward | 0.00429 | $0.31 |
| 7/8/2022 | Michael Kaplan | BTC | Reward | 0.00227 | $49.98 |
| | | | Michael Kaplan | **Total Financial Interest** | **$400,506.05** |