# EXHIBIT 3

| Date | Client | Token Name | Transaction Type | Token Amount | Appx. Value |
|---|---|---|---|---|---|
| 2/15/2022 | Benjamin Kaplan | ETH | Deposit | 0.96427 | $3,013.09 |
| 2/15/2022 | Benjamin Kaplan | BTC | Deposit | 9.00686 | $397,689.85 |
| 2/15/2022 | Benjamin Kaplan | MATIC | Deposit | 5568.18 | $10,022.72 |
| 2/15/2022 | Benjamin Kaplan | AAVE | Deposit | 17.707 | $2,951.59 |
| 2/15/2022 | Benjamin Kaplan | DOGE | Deposit | 33170 | $4,971.22 |
| 2/18/2022 | Benjamin Kaplan | AAVE | Reward | 0.00528 | $0.81 |
| 2/18/2022 | Benjamin Kaplan | BTC | Reward | 0.00175 | $71.32 |
| 2/18/2022 | Benjamin Kaplan | MATIC | Reward | 3.04854 | $5.12 |
| 2/18/2022 | Benjamin Kaplan | ETH | Reward | 0.00035 | $1.02 |
| 2/18/2022 | Benjamin Kaplan | DOGE | Reward | 1.04037 | $0.15 |
| 2/25/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $2.54 |
| 2/25/2022 | Benjamin Kaplan | BTC | Reward | 0.00536 | $208.02 |
| 2/25/2022 | Benjamin Kaplan | DOGE | Reward | 3.18952 | $0.39 |
| 2/25/2022 | Benjamin Kaplan | AAVE | Reward | 0.01618 | $2.03 |
| 2/25/2022 | Benjamin Kaplan | MATIC | Reward | 9.34252 | $13.45 |
| 3/4/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $2.64 |
| 3/4/2022 | Benjamin Kaplan | DOGE | Reward | 3.18983 | $0.40 |
| 3/4/2022 | Benjamin Kaplan | MATIC | Reward | 9.35819 | $14.40 |
| 3/4/2022 | Benjamin Kaplan | AAVE | Reward | 0.01619 | $2.10 |
| 3/4/2022 | Benjamin Kaplan | BTC | Reward | 0.00536 | $221.97 |
| 3/11/2022 | Benjamin Kaplan | AAVE | Reward | 0.01621 | $1.87 |
| 3/11/2022 | Benjamin Kaplan | BTC | Reward | 0.00324 | $124.74 |
| 3/11/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $2.46 |
| 3/11/2022 | Benjamin Kaplan | DOGE | Reward | 3.19014 | $0.37 |
| 3/11/2022 | Benjamin Kaplan | MATIC | Reward | 7.5249 | $10.71 |
| 3/17/2022 | Benjamin Kaplan | BTC | Referred Award | 0.00122 | $50.00 |
| 3/18/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $2.70 |
| 3/18/2022 | Benjamin Kaplan | AAVE | Reward | 0.01622 | $2.45 |
| 3/18/2022 | Benjamin Kaplan | DOGE | Reward | 3.19044 | $0.37 |
| 3/18/2022 | Benjamin Kaplan | BTC | Reward | 0.00324 | $131.60 |
| 3/18/2022 | Benjamin Kaplan | MATIC | Reward | 7.53503 | $10.78 |
| 3/25/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $3.04 |
| 3/25/2022 | Benjamin Kaplan | MATIC | Reward | 7.54518 | $12.30 |
| 3/25/2022 | Benjamin Kaplan | DOGE | Reward | 3.19075 | $0.43 |
| 3/25/2022 | Benjamin Kaplan | BTC | Reward | 0.00324 | $142.51 |
| 3/25/2022 | Benjamin Kaplan | AAVE | Reward | 0.01624 | $2.72 |
| 4/1/2022 | Benjamin Kaplan | AAVE | Reward | 0.01625 | $3.57 |
| 4/1/2022 | Benjamin Kaplan | BTC | Reward | 0.00324 | $144.93 |
| 4/1/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $3.16 |
| 4/1/2022 | Benjamin Kaplan | MATIC | Reward | 7.55533 | $12.09 |
| 4/1/2022 | Benjamin Kaplan | DOGE | Reward | 3.19106 | $0.43 |
| 4/8/2022 | Benjamin Kaplan | MATIC | Reward | 7.5655 | $11.57 |
| 4/8/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $3.18 |
| 4/8/2022 | Benjamin Kaplan | AAVE | Reward | 0.01627 | $3.25 |
| 4/8/2022 | Benjamin Kaplan | BTC | Reward | 0.00324 | $141.61 |
| 4/8/2022 | Benjamin Kaplan | DOGE | Reward | 3.19136 | $0.48 |

| Date | Name | Asset | Type | Amount | Value |
|---|---|---|---|---|---|
| 4/15/2022 | Benjamin Kaplan | AAVE | Reward | 0.01628 | $2.85 |
| 4/15/2022 | Benjamin Kaplan | MATIC | Reward | 7.57569 | $10.53 |
| 4/15/2022 | Benjamin Kaplan | DOGE | Reward | 3.19167 | $0.46 |
| 4/15/2022 | Benjamin Kaplan | BTC | Reward | 0.00324 | $130.17 |
| 4/15/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $2.96 |
| 4/22/2022 | Benjamin Kaplan | ETH | Reward | 0.00097 | $2.93 |
| 4/22/2022 | Benjamin Kaplan | BTC | Reward | 0.00324 | $131.69 |
| 4/22/2022 | Benjamin Kaplan | DOGE | Reward | 3.19198 | $0.44 |
| 4/22/2022 | Benjamin Kaplan | MATIC | Reward | 7.58589 | $10.70 |
| 4/22/2022 | Benjamin Kaplan | AAVE | Reward | 0.0163 | $2.91 |
| 4/29/2022 | Benjamin Kaplan | BTC | Reward | 0.00323 | $127.96 |
| 4/29/2022 | Benjamin Kaplan | ETH | Reward | 0.00098 | $2.85 |
| 4/29/2022 | Benjamin Kaplan | MATIC | Reward | 7.5961 | $9.33 |
| 4/29/2022 | Benjamin Kaplan | DOGE | Reward | 3.19228 | $0.46 |
| 4/29/2022 | Benjamin Kaplan | AAVE | Reward | 0.01631 | $2.69 |
| 5/6/2022 | Benjamin Kaplan | AAVE | Reward | 0.01633 | $2.30 |
| 5/6/2022 | Benjamin Kaplan | DOGE | Reward | 3.19259 | $0.41 |
| 5/6/2022 | Benjamin Kaplan | MATIC | Reward | 7.60632 | $8.13 |
| 5/6/2022 | Benjamin Kaplan | BTC | Reward | 0.00266 | $96.90 |
| 5/6/2022 | Benjamin Kaplan | ETH | Reward | 0.00109 | $3.00 |
| 5/13/2022 | Benjamin Kaplan | BTC | Reward | 0.00266 | $81.15 |
| 5/13/2022 | Benjamin Kaplan | DOGE | Reward | 3.1929 | $0.29 |
| 5/13/2022 | Benjamin Kaplan | MATIC | Reward | 7.61656 | $5.27 |
| 5/13/2022 | Benjamin Kaplan | AAVE | Reward | 0.01634 | $1.40 |
| 5/13/2022 | Benjamin Kaplan | ETH | Reward | 0.00109 | $2.28 |
| 5/20/2022 | Benjamin Kaplan | BTC | Reward | 0.00266 | $80.08 |
| 5/20/2022 | Benjamin Kaplan | AAVE | Reward | 0.01636 | $1.51 |
| 5/20/2022 | Benjamin Kaplan | DOGE | Reward | 3.1932 | $0.28 |
| 5/20/2022 | Benjamin Kaplan | MATIC | Reward | 7.62682 | $4.99 |
| 5/20/2022 | Benjamin Kaplan | ETH | Reward | 0.00109 | $2.21 |
| 5/27/2022 | Benjamin Kaplan | AAVE | Reward | 0.01637 | $1.54 |
| 5/27/2022 | Benjamin Kaplan | ETH | Reward | 0.0011 | $1.92 |
| 5/27/2022 | Benjamin Kaplan | DOGE | Reward | 3.19351 | $0.25 |
| 5/27/2022 | Benjamin Kaplan | BTC | Reward | 0.00266 | $77.15 |
| 5/27/2022 | Benjamin Kaplan | MATIC | Reward | 7.63708 | $4.46 |
| 6/3/2022 | Benjamin Kaplan | AAVE | Reward | 0.01639 | $1.81 |
| 6/3/2022 | Benjamin Kaplan | MATIC | Reward | 7.64736 | $4.67 |
| 6/3/2022 | Benjamin Kaplan | DOGE | Reward | 3.19382 | $0.26 |
| 6/3/2022 | Benjamin Kaplan | ETH | Reward | 0.0011 | $2.00 |
| 6/3/2022 | Benjamin Kaplan | BTC | Reward | 0.00266 | $81.18 |
| 6/10/2022 | Benjamin Kaplan | MATIC | Reward | 7.65766 | $4.96 |
| 6/10/2022 | Benjamin Kaplan | AAVE | Reward | 0.0164 | $1.58 |
| 6/10/2022 | Benjamin Kaplan | ETH | Reward | 0.0011 | $1.97 |
| 6/10/2022 | Benjamin Kaplan | DOGE | Reward | 3.19413 | $0.25 |
| 6/10/2022 | Benjamin Kaplan | BTC | Reward | 0.00266 | $80.16 |
| 6/17/2022 | Benjamin Kaplan | BTC | Reward | 0.00266 | $54.84 |
| 6/17/2022 | Benjamin Kaplan | DOGE | Reward | 3.19443 | $0.18 |

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2022 | Benjamin Kaplan | AAVE | Reward | 0.01296 | $0.75 |
| 6/17/2022 | Benjamin Kaplan | MATIC | Reward | 7.66797 | $3.01 |
| 6/17/2022 | Benjamin Kaplan | ETH | Reward | 0.0011 | $1.20 |
| 6/24/2022 | Benjamin Kaplan | MATIC | Reward | 7.67829 | $4.58 |
| 6/24/2022 | Benjamin Kaplan | BTC | Reward | 0.00267 | $56.10 |
| 6/24/2022 | Benjamin Kaplan | DOGE | Reward | 3.19474 | $0.21 |
| 6/24/2022 | Benjamin Kaplan | ETH | Reward | 0.0011 | $1.27 |
| 6/24/2022 | Benjamin Kaplan | AAVE | Reward | 0.01297 | $0.86 |
| 7/1/2022 | Benjamin Kaplan | MATIC | Reward | 7.68863 | $3.59 |
| 7/1/2022 | Benjamin Kaplan | DOGE | Reward | 3.19505 | $0.21 |
| 7/1/2022 | Benjamin Kaplan | ETH | Reward | 0.0011 | $1.16 |
| 7/1/2022 | Benjamin Kaplan | BTC | Reward | 0.00267 | $51.83 |
| 7/1/2022 | Benjamin Kaplan | AAVE | Reward | 0.01298 | $0.72 |
| 7/8/2022 | Benjamin Kaplan | ETH | Reward | 0.0011 | $1.38 |
| 7/8/2022 | Benjamin Kaplan | BTC | Reward | 0.00267 | $58.73 |
| 7/8/2022 | Benjamin Kaplan | DOGE | Reward | 3.19535 | $0.23 |
| 7/8/2022 | Benjamin Kaplan | MATIC | Reward | 7.69898 | $4.50 |
| 7/8/2022 | Benjamin Kaplan | AAVE | Reward | 0.01299 | $0.94 |
| | | | **Benjamin Kaplan** | **Total Financial Interest** | **$421,257.73** |