Witness Statement and Attestation Regarding International Service of Process
Via the Hague Service Convention

**RE:** United States District Court – District of New Jersey
Case No. 2:22-cv-04560-KM-ESK, *Goines et al. vs. Celsius Network, LLC et al.*

I, Douglas Campbell, am a duly licensed solicitor authorized to practice law in London, England. At this time and all relevant times listed herein, I was over the age of 18, and I am not a party to this action. On June 23, 2023, in my capacity as a solicitor, I caused to be served the following documents via first class post, according to the customarily regular business practices with my law in sending postal deliveries, with full postage paid, in a sealed envelope:

1. Class Action Complaint, filed July 13, 2023;
2. Civil Case Cover Sheet, filed July 13, 2023;
3. First Amended Complaint, filed June 19, 2023; and
4. Summons, Issued by the Clerk of the Court on June 20, 2023 (together the ***Documents***).

Said documents and post were addressed to and sent to the following recipient at the following address:

**Wintermute Trading Limited
3rd Floor, 1 Ashley Road
Altrincham
Cheshire
WA14 2DT**

The aforementioned service was effectuated in accordance with Part 6 of the English Civil Procedure Rules which authorizes initial service of process for lawsuits such as this matter to be served via first class post. Under English statute, this service is deemed proper two business days after posting, which is June 27, 2023. In addition to the foregoing, this service is in compliance with Article 10(c) of the Hague Service Convention.

I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 7 July 2023

_____
Douglas Campbell



**Douglas Campbell**, Senior Associate
**o:** +44 20 3911 5513
dcampbell@scott-scott.com
www.scott-scott.com
St. Bartholomew House + 90-94 Fleet Street
London, EC4Y 1DH + United Kingdom