UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACK KAPLAN, BEN KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, and MICHAEL MAZZOTTA, Individually and on Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, HANOCH GOLDSTEIN, HARUMI URATA-THOMPSON, JEREMIE BEAUDRY, KRISTINE MASHINSKY, AM VENTURES HOLDING, INC., KOALA1 LLC, and WINTERMUTE TRADING LTD.,<br><br>     Defendants. | Civ No. 2:22-CV-04560-KM-ESK |

## NOTICE OF MOTION TO STAY

**PLEASE TAKE NOTICE** that on Monday, November 20, 2023, at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Kevin McNulty, United States District Judge of this Court at the U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, Defendants Alexander Mashinsky, Harumi Urata-Thompson, Jeremie Beaudry, Kristine Meehan[1], AM Ventures

---

[1] Ms. Meehan is incorrectly identified in the First Amended Class Action Complaint as "Kristine Mashinsky," which is not her legal name.

1

Holding, Inc., and Koala1 LLC (collectively, "Moving Defendants") will move to stay all proceedings in the above-referenced matter until either: (a) the resolution of the Official Committee of Unsecured Creditors' ("UCC") forthcoming action ("UCC Action") against the Moving Defendants in *In re Celsius Network LLC, et al.*, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.) ("Bankruptcy Proceeding"); or, alternatively, (b) conclusion of the overlapping criminal case, *United States v. Mashinsky, et al.*, Case No. 23-cr-00347 (S.D.N.Y.) ("Criminal Proceeding").

This motion is brought on the grounds that the above-referenced matter, the UCC Action within the Bankruptcy Proceeding, and the Criminal Proceeding involve overlapping parties, issues, claims, and assets and all arise out of the same set of operative facts. Therefore, the Bankruptcy Proceeding and the Criminal Proceeding are likely to affect the claims and factual and legal issues in this action and involve overlapping discovery and judicial determinations. As such, the Moving Defendants respectfully submit that the interests of the parties and judicial economy would be best served if this action is stayed.

This motion will be based upon this Notice of Motion, the accompanying Memorandum of Law with Exhibits, the accompanying Proposed Order, the pleadings submitted in this action, the papers and records on file herein, and any additional evidence requested by the Court on this matter.

Dated:       New York, New York
             October 19, 2023

**YANKWITT LLP**

By:   */s/ Jonathan Ohring*
Jonathan Ohring (Bar # 035122010)
140 Grand Street, Suite 705
White Plains, NY 10601
(914) 686-1500
jonathan@yankwitt.com

*Attorneys for Defendants Alexander*
*Mashinsky, AM Ventures Holding, Inc., and*
*Koala1 LLC*

**DYNAMIS LLP**
Eric S. Rosen (*pro hac vice* forthcoming)
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 802-9157
erosen@dynamisllp.com

Constantine P. Economides (*pro hac vice*
forthcoming)
1111 Brickell Ave., 10th Floor
Miami, FL 3313
(305) 985-2959
ceconomides@dynamisllp.com

*Attorneys for Defendant Harumi Urata-*
*Thompson*

**KING & SPALDING LLP**

Israel Dahan (Bar# 042701997)
1185 Avenue of the Americas New York,
New York 10036 Phone: (212) 556-2100
Fax: (212) 556-2200
idahan@kslaw.com

Thaddeus D. Wilson *(pro hac vice forthcoming)*
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
thadwilson@kslaw.com

*Attorneys for Defendant Jeremie Beaudry*

**KING & SPALDING LLP**

Leigh M. Nathanson
1185 Avenue of the Americas New York,
New York 10036 Phone: (212) 556-2100
Fax: (212) 556-2200
lnathanson@kslaw.com

*Attorneys for Defendant Kristine Meehan*

## **<u>CERTIFICATE OF SERVICE</u>**

I, Jonathan Ohring of Yankwitt LLP, hereby certify that on October 19, 2023,

I served the foregoing upon all counsel of record by filing on CM/ECF.

/s/ Jonathan Ohring_____
Jonathan Ohring
