## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAYLOR GOINES, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>  v.<br><br>CELSIUS NETWORK, LLC, et al.,<br><br>        Defendants. | Case No. 2:22-CV-04560-KM-ESK |

### NOTICE OF APPEARANCE

I, Thomas J. Scrivo, am admitted to practice in this Court and hereby enter my appearance as counsel for Defendant Kristine Mashinsky.

Dated: November 28, 2023

                                       */s/ Thomas J. Scrivo*
                                       Thomas J. Scrivo
                                       New Jersey Bar No. 307552019
                                       **KING & SPALDING LLP**
                                       1185 Avenue of the Americas, 34th Fl.
                                       New York, NY 10036
                                       Tel:    (212) 556-2100
                                       Fax:   (212) 556-2222
                                       Email: *tscrivo@kslaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel registered to receive ECF notifications in this case.

> */s/ Thomas J. Scrivo*
> Thomas J. Scrivo
> New Jersey Bar No. 307552019
> **KING & SPALDING LLP**
> 1185 Avenue of the Americas, 34th Fl.
> New York, NY 10036
> Tel:    (212) 556-2100
> Fax:   (212) 556-2222
> Email:  *tscrivo@kslaw.com*
>
> *Counsel for Defendant Kristine Mashinsky*