

December 22, 2023

**VIA ECF**
Hon. Edward S. Kiel, U.S.M.J.
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square, Courtroom 8
Newark, New Jersey 07012

   Re: **Zack Kaplan, et al. v. Alexander Mashinsky, et al**
      **Case No. 2:22-cv-04560-SDW-ESK**

Dear Judge Kiel:

  Our firm represents the defendant Harumi Urata-Thompson in connection with the above-referenced matter.

  We write this letter to respectfully request that the Court adjourn the upcoming conference scheduled for December 27, 2023, due to conflicts with the holiday schedule for numerous defendants' counsel (including our client's). Counsel for Plaintiffs and all the appearing defendants have consented to the request. Counsel are all generally available the second week in January, beginning on January 8, 2024.

  Accordingly, we respectfully request that the Court adjourn the conference to the second week of January 2024, or as soon thereafter as counsel may be heard.

  Thank you for your attention to this matter.

              Respectfully Submitted,

              */s/Abraham Beinhorn*

              Abraham S. Beinhorn

CC  Counsel of Record (via ECF)