

February 6, 2024

**Via ECF**

The Honorable Edward S. Kiel, U.S. Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Goines v. Celsius Network LLC, et al.*, 2:22-cv-04560-KM-ESK

Dear Judge Kiel:

    As directed by the Court's Order dated January 30, 2024 [ECF No. 100], below please find the last known address, telephone number, and email address for Alexander Mashinsky, AM Ventures Holding, Inc., and Koala1 LLC:

      Alexander Mashinsky
      140 E. 63rd St., PH 4
      New York, NY 10065-7654
      Email: alex@mashinsky.com
      Phone: (646) 552-4499

      Respectfully submitted,

      YANKWITT LLP

By: _____
      Jonathan Ohring, Esq.