```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY

 GOINES,                                  .
                                          .
       Plaintiff,                         .
                                          .  Case No. 22-cv-04560
 vs.                                      .
                                          .  Newark, New Jersey
 CELSIUS NETWORK, LLC, et al.,            .  January 30, 2024
                                          .
       Defendants.                        .
                                          .
```

        TRANSCRIPT OF HEARING: MOTION TO WITHDRAW
          BEFORE THE HONORABLE EDWARD S. KIEL
            UNITED STATES MAGISTRATE JUDGE

APPEARANCES (the parties appeared via teleconference):

For the Plaintiff:       JOHN T. JASNOCH, ESQ.
                         Scott+Scott
                         600 W. Broadway, Suite 3300
                         San Diego, CA 92101
                         (619) 233-4565
                         Jjasnoch@scott-scott.com

                         SEAN T. MASSON, ESQ.
                         Scott+Scott
                         The Helmsley Building
                         230 Park Ave, 17th Floor
                         New York, NY 10169
                         (212) 519-0522
                         Smasson@scott-scott.com

Audio Operator:

Transcription Service:   KING TRANSCRIPTION SERVICES, LLC
                         3 South Corporate Drive, Suite 203
                         Riverdale, NJ  07457
                         (973) 237-6080

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

```
 1   (APPEARANCES continued)

 2   For the Defendant        JONATHAN OHRING, ESQ.
     Alexander                Yankwitt LLP
 3   Mashinsky:               140 Grand Street, Suite 705
                              White Plains, NY 10601
 4                            (914) 686-1500
                              jonathan@yankwitt.com
 5

 6   For the Defendant        CONSTANTINE ECONOMIDES, ESQ.
     Harumi                   Dynamis LLP
 7   Urata-Thompson:          1111 Brickell Avenue, 10th Floor
                              Miami, FL 33131
 8                            (305) 985-2959
                              Ceconomides@dynamisllp.com
 9

10   For the Defendant        LEIGH NATHANSON, ESQ.
     Kristine Meehan          King & Spalding LLP
11   s/h/a Kristine           1185 Avenue of the Americas
     Mashinsky:               34th Floor
12                            New York, NY 10036
                              (212) 790-5359
13                            lnathanson@kslaw.com

14                            T.J. SCRIVO, ESQ.
                              King & Spalding LLP
15                            1185 Avenue of the Americas
                              34th Floor
16                            New York, NY 10036
                              (212) 556-2179
17                            tscrivo@kslaw.com

18
     For the Defendant        WILLIAM ROSS, ESQ.
19   Wintermute Trading       Morrison Cohen LLP
     Ltd.:                    909 Third Avenue
20                            New York, NY 10022
                              (212) 735-8600
21

22

23

24

25
```

```
 1                  (Commencement of proceedings)
 2
 3            THE COURT:  -- 22-cv-04560.
 4            Is anybody on for plaintiffs?
 5            Okay.  Anybody on for the Yankwitt law firm, is it?
 6  Mr. Ohring.
 7            MR. OHRING:  Yes.  This is John Ohring,
 8  Yankwitt LLP.  Good morning.
 9            THE COURT:  Okay.  All right.
10            Anybody -- let me just check again.  Anybody on for
11  plaintiffs?  No.  Okay --
12        (Simultaneous conversation)
13            MR. MASSON:  Plaintiff's counsel for the Goines
14  matter is here.  Sean Masson.
15            MR. JASNOCH:  John Jasnoch also with Scott+Scott is
16  here.
17            THE COURT:  Okay.
18            There was a consolidated complaint that I guess
19  changed the name of the caption to Kaplan versus Mashinsky.
20  Right?
21            MALE SPEAKER:  Yes, it's the same case.
22            THE COURT:  Yeah, it's the same case.
23            All right.  Let me see.  Is Alex Mashinsky on?
24            MR. MASHINSKY:  Yes, I'm on the call.
25            THE COURT:  Okay.
```

```
 1                And are any of the other parties themselves on the
 2    call or representatives of the parties?
 3                MR. ECONOMIDES:   This is Constantine Economides of
 4    Dynamis LLP.  I'm counsel for defendant Harumi
 5    Urata-Thompson.
 6                THE COURT:  Okay --
 7        (Simultaneous conversation)
 8                THE COURT:  Okay.  Go ahead.
 9                MS. NATHANSON:  Sorry.  This is Leigh Nathanson
10    from King & Spalding for defendant Kristine Meehan.
11                MR. SCRIVO:  And, good morning, Your Honor.
12    T.J. Scrivo, also King & Spalding, on behalf of defendant
13    Meehan.
14                THE COURT:  All right.
15                Kristine Meehan is also designated as Kristine
16    Mashinsky on the docket, as I recall.  All right?
17                MS. NATHANSON:  That's correct.
18                THE COURT:  Okay.  All right.
19                Anyone else on the call?
20                MR. ROSS:  Good morning, Your Honor.  You've got
21    William Ross from Morrison Cohen on behalf of Wintermute
22    Trading Ltd.
23                THE COURT:  Okay.  All right.
24                That sounds like everybody.
25                So let me just clarify some things with Mr. Ohring.
```

1              You filed a motion to withdraw as counsel for
2    Alexander Mashinsky, AM Ventures Holding Inc., and Koala1
3    LLC.
4              But on the docket, I see you as having entered an
5    appearance on behalf of Kristine Mashinsky, Harumi
6    Urata-Thompson, and Jeremie Beaudry as well.
7              Are you -- are you seeking to withdraw as to them
8    as well?
9              MR. OHRING:  So that is -- I think that's not a
10   correct entry on the docket.  We have never entered
11   appearances on behalf of any of the individuals you just
12   mentioned.
13             The only clients we have ever represented in this
14   action are Mr. Mashinsky, AM Ventures Holding, and Koala1.
15             So I think -- there's -- if that is what is showing
16   up on the docket, I think that was probably not correctly
17   annotated by the clerk's office.
18             THE COURT:  Okay.  Yeah, yeah, that's what I have
19   on the docket.
20             I know that you filed a notice of appearance for
21   AM, Koala1 and the other -- let me see -- and for
22   Mr. Mashinsky.
23             Yeah, on the docket, I think what happened was that
24   when you filed your motion to extend time and also motion to
25   stay, I think they grouped everybody together who had signed

1   the notices, and that includes Urata-Thompson and those
2   others.
3           So -- okay.  So just those three you have.
4           All right.
5           Mr. Mashinsky, you're on the call; right?
6           MR. MASHINSKY:  Yes.
7           THE COURT:  Okay.  I didn't receive any response or
8   any of opposition from you.
9           Are you intending to oppose this motion?
10          MR. MASHINSKY:  No, I do not, Your Honor.
11          THE COURT:  Okay.  I saw that you had been served.
12  There is a proof of service of all the papers at ECF
13  Number 95.
14          So I will resolve the motion today, although there
15  were papers filed in support of the motion to withdraw his
16  appearance, the papers cite to New York rules of professional
17  conduct and New Jersey court rules.  Those are the wrong
18  rules to cite to.  We have our own local rules on the
19  withdrawal of counsel; that's pursuant to Local Rule 102.1.
20  Although Mr. Ohring failed to do any analysis of our local
21  rule or any of the case law behind it, I will take a look
22  at -- I took a look at it, and I'm ready to resolve it.
23          So pursuant to Local Civil Rule 102.1, unless other
24  counsel is substituted, withdrawal of counsel requires leave
25  op court.  Rusinow v. Kamara, 920 F. Supp. 69, 71 (D.N.J.

1  1996).  In deciding whether to permit an attorney to
2  withdraw, the Court should consider, first, the reasons while
3  withdrawal is sought; second, the prejudice withdrawal may
4  cause to other litigants; third, the harm withdrawal might
5  cause to the administration of justice; and, four, the degree
6  to which withdrawal will delay the resolution of the case.
7  Ultimately, whether to grant withdrawal is within the Court's
8  discretion.  Id. at page 71.  Further, the Court may refuse
9  to permit an attorney to withdraw, despite a showing of good
10 cause.  Haines v. Liggett Group, 814 F. Supp. 414, 423
11 (D.N.J. 1993).
12          So, first, the reason for the withdrawal is the
13 failure of these defendants to meet their financial
14 obligation as to counsel.  At this very early stage of the
15 case, that is valid to withdraw.  I do not expect lawyers to
16 work for free.  And it doesn't appear that Mr. Mashinky's --
17 who's the only party on the call, is going to object to the
18 withdrawal.
19          Second, there's no prejudice to the plaintiff if
20 counsel is to withdraw -- I'm sorry -- there is no prejudice
21 to the parties if counsel is to withdraw.  No party has filed
22 any objection to it.  And it appears everybody does not --
23 all the parties do not oppose this case.  And as I said, it's
24 very early in the case.
25          Third, and for the reasons stated before, there

1   will be no prejudice to the administration of justice.
2              Fourth, withdrawal of the case [sic] at this early
3   stage of the litigation will not substantially delay
4   resolution of the case.  I entered an order very recently
5   staying discovery in this case, so it is very early stages of
6   the case, and there has been no discovery.
7              So, therefore, I will provide 30 days for the
8   corporate defendants to obtain new counsel.  After that,
9   plaintiff can file for default as to those.
10             And Mr. Alex Mashinsky will be considered
11  proceeding pro se.
12             I will not further -- I will not schedule a further
13  conference -- the stay, unless anybody has any thought about
14  having a conference.
15             Does anybody have anything else today -- that I can
16  help them with today?
17             MR. ECONOMIDES:  Your Honor, this is Mr. Economides
18  for defendant Ms. Urata-Thompson.
19             You just noted a stay of discovery, but I just
20  wanted -- I guess, a point of calibration.  The order appears
21  to stay the entire case.  And maybe it's a distinction
22  without a difference, but I just wanted to make sure we don't
23  have any disputes at the other side about it.
24             Our understanding is the entire case is stayed,
25  including all motion practice.

```
 1              Is that correct?
 2              THE COURT:  That is correct.
 3              MR. ECONOMIDES:  Thank you.
 4              THE COURT:  All right.  So we will not have a
 5   further conference.  I will enter the order.
 6              Mr. Mashinsky, you'll be proceeding pro se, and the
 7   other corporate defendants will have 30 days to file their
 8   notice of appearance of a lawyer.  Otherwise, a default can
 9   be moved for.
10              I will -- Mr. Ohring, I will endeavor to get the
11   docket straight.  And I will get you terminated on those
12   other defendants.
13              All right, everyone.  If there's nothing else, have
14   a good day.  We'll enter the order today.
15              We're off the record.
16                   (Conclusion of proceedings)
17
18
19
20
21
22
23
24
25
```

1    Certification

2        I, SARA L. KERN, Transcriptionist, do hereby certify

3    that the 10 pages contained herein constitute a full, true,

4    and accurate transcript from the official electronic

5    recording of the proceedings had in the above-entitled

6    matter; that research was performed on the spelling of proper

7    names and utilizing the information provided, but that in

8    many cases the spellings were educated guesses; that the

9    transcript was prepared by me or under my direction and was

10   done to the best of my skill and ability.

11       I further certify that I am in no way related to any of

12   the parties hereto nor am I in any way interested in the

13   outcome hereof.

14

15

16

17

18   s/ *Sara L. Kern*                        13th of February, 2024
     _____         _____
19   Signature of Approved Transcriber                  Date

20

21
     Sara L. Kern, CET**D-338
22   King Transcription Services, LLC
     3 South Corporate Drive, Suite 203
23   Riverdale, NJ  07457
     (973) 237-6080
24

25