

May 21, 2024

**VIA ECF**
Honorable Susan D. Wigenton, U.S.D.J
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room MLK5C
Newark, New Jersey 07102

  Re: **Zack Kaplan, et al. v. Alexander Mashinsky, et al.**
     **Case No. 2:22-cv-04560-SDW-ESK**

Dear Judge Wigenton:

  Our firm represents the defendant Harumi Urata-Thompson in connection with the above-referenced matter.

  This letter is submitted by Defendants Alexander Mashinsky, Harumi Urata-Thompson, Kristine Meehan[1], AM Ventures Holding, Inc., and Koala 1 LLC (collectively, "Moving Defendants"), pursuant to Magistrate[2] Edward S. Kiel's January 24, 2024 Order, ordering a status updates by the date of this letter, concerning the status of the Criminal Proceedings[3] [Dkt. No. 98] (the "Order").

  Since the Order, the following updates have taken place in the Criminal Proceeding:

- Mashinsky's Motion to dismiss Counts Two and Six of the Indictment and Motion to Strike Surplusage is fully briefed before the court and pending resolution. *See* [Crim. Pro. Dkt. Nos. 41-44]
- The following trial schedule was set by the court: pre-trial conference on July 12, 2024; notice of rule 404(b) evidence due by September 13, 2024; requests to charge, motions in limine, and voir dire requests due October 11, 2024; objections to requests and motions due October 25, 2024; pre-trial

---

[1] Ms. Meehan is incorrectly identified in the First Amended Class Action Complaint as "Kristine Mashinsky," which is not her legal name.
[2] Since the entry of said Order, Judge Kiel has been assigned as a United States District Judge. However, the above-captioned proceeding has not been assigned to a new magistrate. As such, this letter is addressed to Judge Wigenton.
[3] *United States v. Mashinsky, et al.*, Case No. 23-cr-00347 (S.D.N.Y.).

1



- conference on January 16, 2024; Jury trial set for January 28, 2025 at 9:00 a.m.. *See* Exhibit A, [Crim. Pro. Dkt. No. 54].

Please let us know if any further information is requested by the Court.

Thank you for your attention to this matter.

Respectfully Submitted,

*Evan M. Newman*

Evan M. Newman

Encls.
CC:  Counsel of Record (via ECF)
   Alexander Mashinsky, *pro se* (via e-mail)