# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACK KAPLAN, BEN KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, and MICHAEL MAZZOTTA,<br><br>Plaintiff,<br><br>- against -<br><br>ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, HANOCH GOLDSTEIN, HARUMI URATA-THOMPSON, JEREMIE BEAUDRY, KRISTINE MASHINSKY, AM VENTURES HOLDING, INC., KOALA1 LLC, and WINTERMUTE TRADING LTD.,<br><br>Defendants. | Case No. 2:22-cv-04560-SDW-SDA<br><br>**SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that defendant Harumi Urata-Thompson hereby consents to the substitution of Jamie Hoxie Solano, Esq. of Dynamis LLP as counsel of record, in place of Evan M. Newman, Esq. of Jacobowitz Newman Tversky, LLP, in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that, as contemplated in the Court's December 26, 2023 and January 24, 2024 Orders Granting Admission of Counsel Pro Hac Vice of Constantine P. Economides and Eric S. Rosen ("Counsel *Pro Hac Vice*") (Dkt. Nos. 93 & 99), Jamie Hoxie Solano shall: (a) be counsel of record in

this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this case and such service shall be deemed sufficient service upon Counsel *Pro Hac Vice*; and (c) sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court. Additionally, Jamie Hoxie Solano shall appear at all proceedings unless expressly excused by the Court and shall be responsible for the conduct of the case and of Counsel *Pro Hac Vice* in this case.

Counsel respectfully requests that all orders, pleadings, and correspondence be served upon Jamie Hoxie Solano through the CM/ECF system and/or at the address below.

Dated:  May 19, 2025

Respectfully submitted,

*/s/ Jamie Hoxie Solano*
Jamie Hoxie Solano, Esq.
NJ Bar No. 426422024
DYNAMIS LLP
11 Park Place, 3rd Flr
New York, NY 10007
(973) 295-5495
JSolano@dynamisllp.com

*Attorney for Defendant Harum Urata-Thompson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, a copy of the foregoing document was filed on the Court's CM/ECF system and served upon all counsel of record.

                                              */s/ Jamie Hoxie Solano*
                                              Jamie Hoxie Solano, Esq.