

475 Wall St., Princeton, NJ 08540  |  Tel: (646) 245-8502  |  Fax: (609) 385-0745  |  jradice@radicelawfirm.com

May 23, 2025

**Via ECF**

The Honorable Stacey D. Adams, United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

    Re:    *Kaplan, et al., v. Mashinsky, et al.*
            Case No. 2:22-cv-04560-SDW-SDA

Dear Judge Adams,

    I am counsel for the Lead Plaintiffs in the above captioned action and write on behalf of all parties pursuant to the Court's March 28, 2025 Order directing the parties to submit a joint letter in advance of the status conference to be held on May 28, 2025 [Dkt. No. 129].

    In advance of the status conference, the parties have met and conferred and have agreed upon a briefing schedule for Defendants' anticipated motion to stay and/or motion to transfer:

| EVENT | DATE |
|---|---|
| Defendants' Opening Motion | To be filed on or before June 25, 2025 |
| Plaintiffs' Opposition Brief | To be filed on or before July 9, 2025 |
| Defendants' Reply Brief | To be filed on or before July 23, 2025 |
| Hearing | Subject to the Court's first availability |

    We thank the Court for its continued consideration of this matter.

                                            Sincerely,

                                            */s/ John Radice*

                                            John Radice (Bar No. 023612004)
                                            *Liaison Counsel*

CC: Counsel for all parties (*via* ECF)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED:  May 23, 2025

                                              */s/ John Radice*
                                              JOHN RADICE (Bar No. 023612004)