## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**Stacey D. Adams**<br>UNITED STATES MAGISTRATE JUDGE | FRANK R. LAUTENBERG U.S. POST<br>OFFICE & COURTHOUSE BUILDING<br>2 FEDERAL SQUARE<br>NEWARK, NJ 07102<br>973-645-6121 |

May 28, 2025

### LETTER ORDER

Re:   ***Goines v. Celsius Network, LLC et al***
      Docket No. 2:22-cv-04560 (SDW) (SDA)

Dear Counsel:

**THIS MATTER** having come before the Court for a status conference before the undersigned on **May 28, 2025** and for good cause shown:

IT IS, on this **28th** day of **May**, **2025** hereby ORDERED as follows:

1. The briefing schedule for the anticipated motion to stay *or* motion to transfer venue is as follows:

    a. Defendants' Opening Motion shall be filed by **June 25, 2025.**

    b. Plaintiffs' Opposition Brief shall be filed by **July 9, 2025**.

    c. Defendants' Reply Brief shall be filed by **July 23, 2025.**

    d. Oral argument is scheduled on **August 7, 2025 at 2:00 p.m.** IN PERSON at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square, Courtroom 9, Newark, NJ 0710.[1]

2. This matter shall remain stayed until a decision on the anticipated motion is rendered.

                                                *s/ Stacey D. Adams*
                                                Stacey D. Adams
                                                United States Magistrate Judge

---

[1] The parties are reminded that, if the motion filed is a motion to transfer venue rather than a motion to stay proceedings, a hearing date will be set by the District Judge.