Jamie Hoxie Solano
NJ Bar No. 426422024
DYNAMIS LLP
11 Park Place, Fourth Floor
New York, New York 10007
973-295-5495
JSolano@dynamisllp.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACK KAPLAN, BEN KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, and MICHAEL MAZZOTTA, Individually and on Behalf of Themselves and All Others Similarly Situated, | **The Hon. Susan D. Wigenton** |
| Plaintiffs, | Civ No. 22-04560-SDW-SDA |
| v. | |
| ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, HANOCH GOLDSTEIN, HARUMI URATA-THOMPSON, JEREMIE BEAUDRY, KRISTINE MASHINSKY, AM VENTURES HOLDING, INC., KOALA1 LLC, and WINTERMUTE TRADING LTD., | Motion Return Date: July 21, 2025 ORAL ARGUMENT REQUESTED |
| Defendants. | |

## NOTICE OF MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE** that on July 21, 2025, or as soon thereafter as

the matter may be heard, Defendants Harumi Urata-Thompson, through Jamie

Hoxie Solano, Esq., Eric S. Rosen, Esq., and Constantine Economides, Esq., of Dynamis LLP; Alexander Mashinsky, appearing *pro se*; Jeremie Beaudry, through Thaddeus D. Wilson, Esq., and Kevin J. O'Brien, Esq., of King and Spalding LLP; and Kristine Meehan,[1] through Leigh M. Nathanson, Esq. of King and Spalding LLP (collectively, "Moving Defendants") will move before the Honorable Susan D. Wigenton, United States District Judge for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, Courtroom 5C, for an Order to transfer the above-captioned matter to the United Stated District Court for the Southern District of New York, pursuant to the: (i) first-filed rule and/or (ii) 28 U.S.C. § 1404.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Moving Defendants will rely upon the accompanying Memorandum of Law, the pleadings submitted in this action, the papers and records on file herein, and any additional evidence requested by the Court on this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granted the Moving Defendants' requested relief is being submitted herewith.

---

[1] Ms. Meehan is incorrectly identified in the FAC as "Kristine Mashinsky," which is not her legal name.

Dated: June 25, 2025                    Respectfully submitted,


_s/ Jamie Hoxie Solano_                    _s/ Thaddeus D. Wilson_
Jamie Hoxie Solano                        Thaddeus D. Wilson
Eric S. Rosen                             Kevin J. O'Brien
Constantine P. Economides                 **KING & SPALDING LLP**
**DYNAMIS LLP**                           *Counsel for Defendant Jeremie Beaudry*
*Counsel for Defendant Harumi*
*Urata-Thompson*
                                          _s/ Alexander Mashinky_
                                          Alexander Mashinsky
                                          *Pro se Defendant*
_s/ Leigh M. Nathanson_
Leigh M. Nathanson
**KING & SPALDING LLP**
*Counsel for Defendant*
*Kristine Meehan*

## **<u>CERTIFICATE OF SERVICE</u>**

I, Jamie Hoxie Solano of Dynamis LLP, hereby certify that on June 25, 2025, I served the foregoing upon all counsel of record by filing on CM/ECF, and by sending a copy of this filing to Mr. Mashinsky via e-mail at alex@mashinsky.com, by which he has agreed to accept service.

*/s/ Jamie Hoxie Solano*_____
Jamie Hoxie Solano, Esq.
