UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACK KAPLAN, BEN KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, and MICHAEL MAZZOTTA, Individually and on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, HANOCH GOLDSTEIN, HARUMI URATA-THOMPSON, JEREMIE BEAUDRY, KRISTINE MASHINSKY, AM VENTURES HOLDING, INC., KOALA1 LLC, and WINTERMUTE TRADING LTD.,<br><br>Defendants. | **The Honorable Susan D. Wigenton**<br><br>Civ No. 22-04560-SDW-SDA |

**[PROPOSED] ORDER GRANTING THE MOVING DEFENDANTS'
MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR
<u>THE SOUTHERN DISTRICT OF NEW YORK</u>**

**THIS MATTER** having been brought before this Court by Harumi Urata-Thompson, through Jamie Hoxie Solano, Esq., Eric S. Rosen, Esq., and Constantine Economides, Esq., of Dynamis LLP; Alexander Mashinsky, appearing *pro se*; Jeremie Beaudry, through Thaddeus D. Wilson, Esq., and Kevin J. O'Brien, Esq., of King and Spalding LLP; and Kristine Meehan, through Leigh M.

Nathanson, Esq. of King and Spalding LLP (collectively, "Moving Defendants"), for entry of an Order transferring this matter to the United Stated District Court for the Southern District of New York; and this Court having reviewed the Moving Defendants' submissions, the arguments and materials submitted in opposition, the relevant legal authorities, and for good cause shown:

    **IT IS HEREBY ORDERED** that the Motion to Transfer to the U.S. District Court for the Southern District of New York is **GRANTED**; and it is

    **FURTHER ORDERED** that the Clerk shall take all actions necessary to promptly effect the transfer of this action to the U.S. District Court for the Southern District of New York; and it is

    **FURTHER ORDERED** that all motions and matters currently pending before this Court shall be held in abeyance, and all deadline for responding shall be extended pending the completion of the transfer to the U.S. District Court for the Southern District of New York

    **SO ORDERED** this _____ day of _____, 2025.

    _____
    The Honorable Susan D. Wigenton
    United States District Judge