# UNITED STATES DISTICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACK KAPLAN, BEN KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, and MICHAEL MAZZOTTA, Individually and on Behalf of Themselves and All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>       -against-<br><br>ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, HANOCH GOLDSTEIN, HARUMI URATATHOMPSON, JEREMIE BEAUDRY, KRISTINE MASHINSKY, AM VENTURES HOLDING, INC., KOALA1 LLC, and WINTERMUTE TRADING LTD,<br><br>               Defendants. | No. 22-cv-04560-SDW-SDA<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the New York Office of King & Spalding LLP, attorneys for Defendant Jeremie Beaudry, relocated to the following address:

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104

Please update your records accordingly, and direct all future electronic notices, orders, papers and filings in this proceeding be served upon the undersigned at the new office address. All other contact information, including telephone number, fax number and e-mail addresses will remain unchanged.

Dated: October 1, 2025
       New York, New York

KING & SPALDING LLP

By: */s/ Israel Dahan*
Israel Dahan (NJ Bar No. 042701997)
Kevin J. O'Brien (*Pro Hac Vice*)
1290 Avenue of the Americas
14th Floor
New York, New York 10104
Phone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com
kobrien@kslaw.com

Thaddeus D. Wilson (*Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309-3521
Phone: (404) 572-4600
Fax: (404) 572-5100
thadwilson@kslaw.com

*Counsel for Jeremie Beaudry*