

A Massachusetts Limited Liability Partnership

**Jamie Hoxie Solano**
(973) 295-5495
jsolano@dynamisllp.com

November 5, 2025

<u>**VIA ECF**</u>

Honorable Stacey D. Adams
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5C
Newark, New Jersey 07102

      Re:    *Kaplan et. al, v. Mashinsky, et al.*
             Case No. 2:22-cv-04560-SDW-SDA

Dear Judge Adams:

      We write on behalf of defendants Harumi Urata-Thompson, Jeremie Beaudry, and Kristine Meehan (the "Letter Defendants") in the above-referenced matter to provide the Court with a further update as to the status of the UCC Adversary Proceeding in the Celsius Bankruptcy[1] and the related District Court Proceeding, both pending in the Southern District of New York.[2]

      On October 15, 2025, numerous defendants submitted a letter in the District Court Proceeding providing time-sensitive updates to the Court regarding the UCC Adversary Proceeding. On October 21, 2025, Judge Ho acknowledged receipt of the letter and ordered that any "any response from Plaintiff must be filed no later than October 27, 2025 and may not exceed four (4) pages." A copy of the letter (including Judge Ho's endorsement) is attached hereto as <u>Exhibit A</u>. On October 27, 2025, Plaintiff filed a response, attached hereto as <u>Exhibit B</u>.

      The Letter Defendants respectfully provide this update, as it may be relevant to the pending Motion to Transfer (Dkt. No. 133) and, generally, to the above-referenced matter. As set forth in the Motion to Transfer, this action substantially overlaps with the District Court Proceeding, and if transferred, the Letter Defendants (and other defendants) will seek consolidation or other coordination between this action and the District Court Proceeding.

---

[1] *Meghji v. Mashinsky et al.*, 1:24-ap-03667 (Bankr. S.D.N.Y.).
[2] *Meghji v. Mashinsky (In re Celsius Network LLC),* 1:25-cv-1414-DEH (S.D.N.Y.).

**Boston**
175 Federal Street, Suite 1200
Boston, MA 02110

**New York**
11 Park Place, 3rd Floor
New York, NY 10007

**Miami**
1111 Brickell Avenue, 10th Floor
Miami, Fl 33131

**New Jersey**
200 Connell Drive
Berkeley Heights, NJ 07922

November 5, 2025
Page 2 of 2

We are available to provide any other updates or information if requested by the Court.

Respectfully Submitted,

s/ Jamie Hoxie Solano
Jamie Hoxie Solano
NJ Bar No. 246422024
Eric S. Rosen
Constantine P. Economides
**DYNAMIS LLP**
*Counsel for Defendant Harumi*
*Urata-Thompson*

s/ Thaddeus D. Wilson
Thaddeus D. Wilson
Kevin J. O'Brien
**KING & SPALDING LLP**
*Counsel for Defendant and*
*Third-Party Plaintiff Jeremie Beaudry*

s/ Leigh M. Nathanson
Leigh M. Nathanson
**KING & SPALDING LLP**
*Counsel for Defendant Kristine Meehan*

Enclosures (2)

CC:    Counsel of Record (via ECF)
        Alexander Mashinsky, *pro se* (via mail)

**Boston**
175 Federal Street, Suite 1200
Boston, MA 02110

**New York**
11 Park Place, 3rd Floor
New York, NY 10007

**Miami**
1111 Brickell Avenue, 10th Floor
Miami, Fl 33131

**New Jersey**
200 Connell Drive
Berkeley Heights, NJ 07922