**Morrison Cohen**

Alvin C. Lin
Partner
(212) 735-8873
alin@morrisoncohen.com

December 8, 2025

**VIA ECF**

Hon. Stacey D. Adams, United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ  07101

Re:     *Kaplan et al. v. Mashinsky et al.* – Case No. 2:22-cv-04560-SDW-SDA

Dear Judge Adams:

This firm represents defendant Wintermute Trading Ltd. ("Wintermute") in the above-referenced case. We write in response to Plaintiffs' December 3, 2025 letter requesting a status conference to address the PSLRA's stay of discovery.

Wintermute is not a party to the Adversary Proceeding *Meghji v. Mashinksky et al.* (Adv. Proc. No. 24-03667) pending in the U.S. Bankruptcy Court, Southern District of New York that Plaintiffs reference in their submission.  Wintermute also does not understand Plaintiffs to be seeking any modification of the PSLRA stay of discovery as to Wintermute, or any relief that would impose obligations on Wintermute or require its participation in the Adversary Proceeding.  Accordingly, Wintermute takes no position on Plaintiffs' request to participate in discovery in the Adversary Proceeding.

However, to the extent that Plaintiffs or any other party seek relief that would (i) modify the PSLRA stay as to Wintermute, (ii) require Wintermute to participate in, respond to, or be bound by discovery in the Adversary Proceeding, or (iii) otherwise affect Wintermute's rights or defenses in this action, Wintermute opposes any such relief.  Wintermute reserves all rights and defenses, including those under the PSLRA, based on personal jurisdiction, and any other grounds, and reserves the right to conduct discovery at the appropriate time in this case, if necessary.  Wintermute also objects to, and reserves all objections to, any use in this action of discovery obtained in the Adversary Proceeding.

Thank you for your consideration.

Respectfully submitted,

*/s/ Alvin C. Lin*

Alvin C. Lin

cc:     All counsel of record (via ECF)